# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LARRY OWENS,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　　) 　Case No.  2:12-cv-00859-MMD-CWH
　　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　　) 　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　)
DEUTSCHE BANK NATIONAL　　　　　　)
TRUST COMPANY, *et al.*,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　　　)
_____)

　　　　　This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (#1), filed May 21, 2012.

　　　　　Pursuant to this Court's Local Rules, "[a]ny person, who is unable to prepay the fees in a civil case, may apply to the Court for authority to proceed *in forma pauperis*.  The application shall be made on the form provided by the Court and shall include a financial affidavit disclosing the applicant's income, assets, expenses and liabilities."  *See* LSR 1-1.  Plaintiff's submitted application to proceed *in forma pauperis* is not made on the appropriate form.  Accordingly,

　　　　　**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is **denied without prejudice**.  Plaintiff shall have thirty (30) days from entry this order to submit the appropriate form.  Failure to do so will result in a recommendation that this case be dismissed with prejudice.

　　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall mail the appropriate *in forma pauperis* forms for non-incarcerated individuals to Plaintiff.

　　　　　**IT IS FURTHER ORDERED** that

　　　　　DATED this 6th day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**